1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

**KYLE LINDAMAN,**                          Case No.  CV 06-07939 VBF
11                                          (RCx)

12                          Plaintiff,      JUDGMENT

13              **v.**

14    **JODIE LYNN KING, IN HER**
      **INDIVIDUAL CAPACITY, AND DOES 1**
15    **THROUGH X, INCLUSIVE,**

16                          Defendants.

17

18          This action came before the Court, the Honorable Valerie Baker Fairbank,

19   District Judge presiding, on a motion for summary judgment by defendant Jodie

20   Lynn King.  The evidence presented having been fully considered, the issues

21   having been duly considered and a decision having been duly rendered, after the

22   papers were read and a written order filed on January 30, 2008.

23          IT IS ORDERED AND ADJUDGED, that plaintiff take nothing, that the

24   action be dismissed on the merits and that defendant Jodie Lynn King shall recover

25   her costs.

26
     Dated: January 30, 2008                *Valerie Baker Fairbank*
27                                           _____
                                             Valerie Baker Fairbank
28                                           UNITED STATES DISTRICT JUDGE